1  Mario R. Nicholas (SB #273122)
   mario.nicholas@stoel.com
2  Stoel Rives LLP
   760 SW Ninth Avenue, Suite 3000
3  Portland, OR  97205
   Telephone:  503.294.9510
4  Facsimile:  503.220.2480

5  *Attorneys for Plaintiff JH Kelly, LLC*

6  Henry A. Wirta, Jr. (SB #110097)
   hwirta@hfdclaw.com
7  Harrington Foxx Dubrow & Canter, LLP
   601 Montgomery Street, Suite 800
8  San Francisco, CA 94111
   Telephone: (415) 288-6600
9  Facsimile: (415) 288-6618

10
   *Attorneys for Ed Staub & Sons Petroleum, Inc.*
11

12
                    UNITED STATES DISTRICT COURT
13
                   EASTERN DISTRICT OF CALIFORNIA
14
                      SACRAMENTO DIVISION
15

16  JH KELLY, LLC,                          Case No. 2:20-cv-02008

17             Plaintiff,                    STIPULATION TO TRANSFER
                                             PURSUANT TO 28 U.S.C. § 1404(a);
18       v.                                  ORDER

19  ED STAUB & SONS PETROLEUM, INC.,

20             Defendant.

21

22        Plaintiff JH Kelly, LLC ("**JHK**") and Defendant Ed Staub & Sons Petroleum, Inc.

23  ("**Staub**" and, together with JHK, the "**Parties**"), by and through their above-referenced attorneys

24  of record, hereby stipulate and agree as follows:

          **<u>INTRODUCTION</u>**
25
        In the present action, JHK, a subcontractor, asserts claims against Staub, a supplier for,
26
   among other things, equitable indemnity, declaratory relief (based on the theory of equitable
27
   indemnity), and contribution, in response to claims asserted by AECOM Technical Services, Inc.
28

Stoel Rives LLP
Attorneys At Law
Portland

STIPULATION TO TRANSFER AND
PROPOSED ORDER                          -1-

108707630.2 0034592-00012

("**AECOM**"), the prime contractor, against JHK in a separate lawsuit currently pending in the United States District Court for the Northern District of California (the "**Northern District Court**").  By this Stipulation, the Parties seek to transfer this action to the Northern District Court where the underlying claims, and related claims regarding the construction project at issue, are pending, pursuant to 28 U.S.C. § 1404(a).  Following transfer, and subject to court approval, the Parties intend to seek to consolidate this action with the related action pending in the Northern District Court.

## RECITALS

1.      JHK was a subcontractor on a private construction project generally known as the "Burney K2 Replacement Project" (the "**Project**") on property (the "**Property**") owned by Pacific Gas and Electric Company ("**PG&E**").  AECOM was the prime contractor that engaged JHK as a subcontractor on the Project.  JHK engaged Staub as a supplier on the Project.

2.      On or about January 29, 2019, JHK filed a complaint against AECOM in the Superior Court of California, County of Shasta (the "**State Court**"), entitled *JH Kelly, LLC v. AECOM Technical Services, Inc., et al.*, Case No. 19CVO172 (the "**AECOM Action**"), in which JHK asserts a claim in connection with the Project.

3.      On or about June 28, 2019, AECOM filed a cross-complaint (the "**Cross-Complaint**") against JHK in the AECOM Action, in which AECOM asserts various cross-claims in connection with the Project.  Among AECOM's cross-claims, AECOM alleges that it incurred damages as a result of the "Valve Strike" incident involving Staub and JHK, as follows: "On or about October 14, 2017, a fuel truck operated by [Staub,] a supplier of JH Kelly and for which JH Kelly was responsible, negligently struck a pressurized valve at the site" (the "**Valve Strike**").  AECOM alleges that it incurred damages of $805,406.71 as a result of the Valve Strike incident.  The parties have a factual dispute as to the amount of damages that are attributable to the "Valve Strike."

4.      Following a number of procedural events related to the AECOM Action not involving Staub as a party, and to which Staub does not attest to have personal knowledge, (i) the AECOM Action was consolidated with a separate lawsuit filed by JHK against PG&E related to

Stoel Rives LLP
Attorneys At Law
Portland

STIPULATION TO TRANSFER AND
PROPOSED ORDER

-2-

108707630.2 0034592-00012

the Project in the State Court (the "**Consolidated State Action**"), (ii) the Consolidated State

Action was removed by PG&E (the "**Removed State Action**") to the United States Bankruptcy

Court for the Eastern District of California (the "**Eastern District Bankruptcy Court**"), and (iii)

the Removed State Action was transferred from the Eastern District Bankruptcy Court to the

United States Bankruptcy Court for the Northern District Bankruptcy Court (the "**Northern**

**District Bankruptcy Court**")—where the various claims asserted by JHK and AECOM related

to the Project and the Property are currently pending in a Consolidated Adversary Proceeding,

with Case No. 20-03019 (DM) as the lead case (the "**Consolidated Adversary Proceeding**").

5.      On or about July 28, 2020, the parties to the Consolidated Adversary Proceeding

filed a *Joint Motion for Permissive Withdrawal of the Reference* (the "**Stipulated Motion for**

**Withdrawal of the Reference**") pursuant to which PG&E, JHK and AECOM jointly requested

that the Northern District Court withdraw the reference of the Consolidated Adversary

Proceeding from the Northern District Bankruptcy Court.  The Stipulated Motion for Withdrawal

of the Reference is pending in the Northern District Court, Case No. 20-05381 (HSG), and a

hearing date is scheduled for the Stipulated Motion for Withdrawal of the Reference on

December 10, 2020 (Case No. 20-05381 (HSG); Dkt. No. 2, as modified).

6.      On or about October 7, 2020, JHK filed a complaint against Staub in this Court, in

which JHK asserts various claims against Staub related to the Valve Strike incident.

7.      On or about November 10, 2020, JHK filed a first amended complaint against

Staub in this Court (the "**First Amended Complaint**"), in which JHK asserts the following

claims against Staub related to the Valve Strike incident: negligence, equitable indemnity,

declaratory relief, and contribution.

8.      The Parties agree, subject to court approval, that this action should be transferred

to the Northern District Court pursuant to 28 U.S.C. § 1404(a), which provides:

> For the convenience of parties and witnesses, in the interest of
> justice, a district court may transfer any civil action to any other
> district or division where it might have been brought or to any
> district or division to which all parties have consented.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

STIPULATION TO TRANSFER AND
PROPOSED ORDER

-3-

108707630.2 0034592-00012

9.     The Parties consent to transfer to the Northern District Court.  The Parties also agree that the convenience of the parties and witnesses to this action warrant transfer because the underlying claims asserted by AECOM related to the Valve Strike incident, and other related claims regarding the Project, are pending in a single, consolidated action in the Northern District Court.  Following transfer, and subject to court approval, the Parties intend to seek to consolidate this action with the related action pending in the Northern District Court.

## STIPULATION

NOW THEREFORE, based on and subject to the foregoing, the Parties stipulate and agree, subject to court approval, that:

1.     This action should be transferred from this Court to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a).

**SO STIPULATED**.

STOEL RIVES LLP


By:   /s/
     MARIO R. NICHOLAS (SB #273122)
     mario.nicholas@stoel.com


     Attorneys for Plaintiff
     JH KELLY, LLC


HARRINGTON FOXX DUBROW & CANTER, LLP


By:   /s/
     HENRY A. WIRTA, JR. (SB #110097)
     hwirta@hfdclaw.com


     Attorneys for Defendant
     ED STAUB & SONS PETROLEUM, INC.

Stoel Rives LLP
Attorneys At Law
Portland

STIPULATION TO TRANSFER AND
PROPOSED ORDER                          -4-

108707630.2 0034592-00012

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

**IT IS SO ORDERED**,

The present case is transferred to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a).

Dated:  November 25, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stoel Rives LLP
Attorneys At Law
Portland

STIPULATION TO TRANSFER AND
PROPOSED ORDER

-5-

108707630.2 0034592-00012

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing STIPULATION TO TRANSFER AND PROPOSED ORDER on the following named person(s) on the date indicated below by:

☒   mailing with postage prepaid

☐   hand delivery

☐   facsimile transmission

☐   overnight delivery

☒   email

☐   notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Henry A. Wirta, Jr.
Harrington Foxx Dubrow & Canter, LLP
601 Montgomery Street, Suite 800
San Francisco, CA 94111
hwirta@hfdclaw.com

Attorneys for Ed Staub & Sons Petroleum, Inc.

DATED: November 25, 2020.

STOEL RIVES LLP

By:  __s/ Mario R. Nicholas_____
MARIO R. NICHOLAS (SB #273122)
mario.nicholas@stoel.com

Attorneys for Plaintiff
JH KELLY, LLC